JOHN P. McGRATH, Appellant, *v.* CARL JOHNSON et al., Copartners under the Name of JOHNSON & OLSEN, Respondents.

Argued March 7, 1944; decided April 20, 1944.

*John Adikes* and *Charles H. Street* for appellant.

*Irwin R. Browner* and *James E. Doherty* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, DESMOND and THACHER, JJ. Taking no part: RIPPEY and CONWAY, JJ.